Levi Cohen, Respondent, v. John Edmonds, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Henry Hack, Respondent, v. Michael J. Dady, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs, on the authority of *Hack* v. *Dady* (142 App. Div. 510), decided herewith. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

P. T. Janowitz Company, Respondent, v. Ferdinand Munch Brewery, Appellant.— Without any expression upon the merits of the litigation, the order is affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Adolph Johnson, as Administrator, etc., of Oscar S. Johnson, Deceased, Appellant, v. Long Island Railroad Company, Respondent, Impleaded with the Coney Island and Brooklyn Railroad Company.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.

Pearl Lipschitz, as Administratrix, etc., of Morris Lipschitz, Deceased, Respondent, v. John Koeppel and James Koeppel (the Names "John" and "James" Being Fictitious), Copartners, Doing Business under the Name of Koeppel Bros., Appellants.— Judgment and order unanimously affirmed by default, with costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

James E. McGovern, as Administrator, etc., of Bartholomew McGovern. Deceased, Respondent, v. The Excelsior Brick Company of Haverstraw, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $3,000, in which event the judgment, as modified, and the order are unanimously affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Fannie Rubin, as Administratrix, etc., of John Rubin, Deceased, Respondent, v. New York and Queens County Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Val. M. Schmitz, Respondent, v. Charles Proser, Sued Herein as "John Doe," Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

George F. Bryan, Respondent, v. Bennett C. Carter, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

John Geiger, Respondent, v. Charles J. Hanson and Adolph Hansen, Appellants.— Motion granted, on condition that appellants perfect their appeal, place the case on the next calendar of the court and be ready for argument when reached; otherwise motion denied, without costs. Present — Hirschberg, Burr, Carr and Woodward, JJ. Jenks, P. J., not sitting.